**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:  John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 285-3239
Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>         Plaintiff,<br><br>   v.<br><br>JOHN DOE subscriber assigned IP address 148.74.118.238,<br><br>         Defendant. | Case No. 3:19-cv-16184-BRM-TJB<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 148.74.118.238 are voluntarily dismissed without prejudice.

DATED: December 2, 2019         Respectfully submitted,

                                         **THE ATKIN FIRM, LLC**

                                         *Attorneys for Plaintiff,*
                                         *Strike 3 Holdings, LLC*

                                         */s/ John C. Atkin, Esq.*
                                         John C. Atkin, Esq.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:    /s/ *John C. Atkin*
John C. Atkin, Esq.
